UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

MARGARET COWAN, Administratrix
of the Estate of Victoria Cooper
    Plaintiff             :

2005 JAN -5 A 9: 14

U.S. DISTRICT COURT
HARTFORD, CT.

v.                           :  CIVIL NO.: 3:01cv229(DJS)

TOWN OF NORTH BRANFORD      :
    Defendant

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Robert N. Chatigny, United States District Judge, who sits in Hartford, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number 3:01cv229(RNC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this 5th day of January, 2005.

                                          Dominic J. Squatrito
                                          United States District Judge

AO 72A
(Rev.8/82)